**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSHUA D. BRODSKY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WARDEN BACA, *et al.*,<br><br>　　　　Defendants.<br>_____ | Case No. 3:15-cv-00223-RCJ-VPC<br><br>**ORDER** |

## I. DISCUSSION

On December 3, 2015, the Court issued a Screening Order (ECF No. 8) dismissing Plaintiff's § 1983 claims, with and without leave to amend. On December 23, 2015, Plaintiff filed a motion requesting either a six month extension to amend his complaint *or* voluntary dismissal of his complaint without prejudice, and that such dismissal not be counted as a "strike" under the Prison Litigation Reform Act ("PLRA"). The Court finds good cause to dismiss Plaintiff's complaint without prejudice and will grant Plaintiff's motion for voluntary dismissal.

## II. CONCLUSION

For the foregoing reasons, **IT IS ORDERED** that the Court's Screening Order (ECF No. 8) is hereby **VACATED**.

**IT IS FURTHER ORDERED** that Plaintiff's motion to allow voluntary dismissal (ECF No. 10) is **GRANTED**.

**IT IS FURTHER ORDERED** that the complaint (ECF No. 9) is **dismissed** in its entirety, without prejudice.

**IT IS FURTHER ORDERED** that this dismissal does not constitute a "strike" under the PLRA.

DATED: This 27th day of January, 2016.

_____
United States District Judge

2